IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:   25-cv-02104-RMR-MDB | Date:   August 4, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR:   Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Anna Williams, | Pro se |
|    Plaintiff, | |
| v. | |
| Westlake Financial Services, | Jeffrey Kass |
|    Defendant. | |

**COURTROOM MINUTES**

**PRE-SCHEDULING CONFERENCE**

**10:00 a.m.      Court in session.**

Court calls case. Appearances entered.

The Court provides an overview of the court process and its expectations that pro se parties meet all court-imposed deadlines, comply with court orders, confer with opposing counsel, be familiar with the Federal Rules of Civil Procedure, the Local Rules and the practice standards of the judicial officers assigned to this case, which are all available on the Court's website along with other resource materials for self-represented parties[1]. Additionally, self-represented parties may seek guidance from the Federal Pro Se Clinic[2].

The Court will issue a separate written order setting a deadline for submission of a Proposed Scheduling Order.

**10:16 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:16

---

[1] US District Court - District of Colorado
[2] Federal Pro Se Clinic website: Colorado Federal Pro Se Assistance Program
   Phone: 303-824-5395   E-mail: fpsc@cobar.org

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.